## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jordan R. Austin, being first duly sworn, do depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since April 2022. Prior to that time, I was an Investigative Specialist with the FBI from August 2019 through April 2022 assisting in investigations of counterintelligence, criminal, cyber, and terrorist threats. I am assigned to the FBI Nashville Division Tullahoma Resident Agency and investigate violations of federal law in the Eastern District of Tennessee. Currently, I am on a Temporary Duty Assignment in Memphis, Tennessee working on the Memphis Safe Task Force.

2. As part of my daily duties, I investigate criminal violations relating to violent crimes included but not limited to narcotics trafficking, firearms trafficking, unlawful possession of firearms, crimes against children, and crimes involving criminal street gangs where its primary purposes the commission of one or more specific criminal offenses. I have also investigated crimes related to Title 21, United States Code, Section § 841 and Title 21, United States Code, Section 846 which involve crimes surrounding the illegal distribution of controlled substances, the possession of controlled substances with the intent to distribute them, and conspiracy to distribute controlled substances.

3. Based on my training and experience and the facts set forth in this Affidavit there is probable cause to believe that **Luis Cordova ("CORDOVA")** has violated Title 18, United States Code, Section 111(a)(1) which makes it unlawful for anyone to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated as an officer or employee of the United States or of any agency in any branch of the United States Government while such officer

1

or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties.

4. The facts contained in this affidavit are based on firsthand knowledge or information learned during this investigation from other law enforcement sources or witnesses related to this investigation. The complaint does not provide each and every detail known by your affiant regarding this investigation, but rather provides information necessary to establish probable cause that **CORDOVA** violated Title 18, United States Code, Section 111(a)(1). Except where indicated, all statements referred to below are set forth in substance and in part, rather than verbatim.

### Incident

5. On October 1, 2025, at approximately 7:46 pm, Tennessee Highway Patrol ("THP") conducted a traffic stop on a Red Truck in the vicinity of 2757 Getwell Road, Memphis, Tennessee ("LOCATION") for running a red light. During the traffic stop, THP requested the driver of the Red Truck to provide their license and registration. The driver informed THP that he did not have his driver's license. At the time of this incident, members of other law enforcement agencies, to include but not limited to, the United States Marshals Service ("USMS") and the Federal Bureau of Investigation ("FBI"), who had Spanish language speaking agent, assisted THP to obtain information from the driver. After a brief back and forth, between the law enforcement officers and the driver of the vehicle, the driver was ultimately identified as Luis Cordova ("**CORDOVA**"), with the date of birth of 2/9/1999.

6. During the traffic stop, it was determined that **CORDOVA** did not speak English proficiently, therefore the FBI assisted THP in the questioning of **CORDOVA** in Spanish. The FBI Agent questioned **CORDOVA** about his immigration status. The FBI Agent asked

CORDOVA how long he had been in the United States, and if he had any documentation such as a visa, and if he was in the country legally. CORDOVA did not answer and looked away. The FBI Agent asked again if CORDOVA had any documentation. CORDOVA stated that his wife had documentation, and he needed to call her. The FBI Agent asked what type of documentation CORDOVA's wife had, and CORDOVA did not reply. The FBI Agent asked CORDOVA again if he was in the country legally and CORDOVA asked, "do I need to call my lawyer?" and put his hands up and started backing away from the officers.

7.  The Deputy US Marshal on scene observed CORDOVA become agitated during the questioning. At one point, CORDOVA began to walk around his truck and begun to move away from the Officers. The Deputy US Marshal gave CORDOVA commands to initiate handcuffing procedures. While attempting to cuff CORDOVA, CORDOVA struck the Deputy US Marshal. Law Enforcement Officers attempted to take CORDOVA into custody but ultimately needed to deploy a taser to do so due to CORDOVA's non-compliance. During this time of this incident, all Federal Law Enforcement Officers were working in their official capacity as Federal Law Enforcement as part of the Memphis Safe Task Force.

### Law Enforcement Officer's Uniforms

8.  During this incident, all law enforcement officer's clothing identified them as Law Enforcement. More Specifically, the Federal Law Enforcement Officers (FBI and the Deputy US Marshal) wore equipment and/or clothing that clearly identified them as Law Enforcement.



Photo of an Officer Involved in Arrest

### Injuries Sustained

9. During the attempt to take **CORDOVA** into custody, both **CORDOVA** and the Deputy US Marshal sustained injuries. More specifically, the Deputy US Marshal sustained injuries to his hand, his elbow, and hit his head on the ground.

### Western District of Tennessee Jurisdiction

10. The aforementioned incident occurred at 2757 Getwell Road, Memphis, Tennessee ("LOCATION"). This LOCATION is in the Western District of Tennessee.



*Deputy US Marshal's Injuries*

## Conclusion

11.     Based on my investigations, I believe there is probable cause to believe that Luis **CORDOVA** committed the criminal violations as set forth in this criminal complaint and respectfully request that the Court issue an arrest warrant

Respectfully submitted,

Jordan R. Austin
Special Agent
Federal Bureau of Investigation

5

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 on October 03, 2025.

s/Tu M. Pham
_____
HONORABLE TU M. PHAM
CHIEF UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TENNESSE