AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee ▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   2:25-cr-20252-TLP-atc |
| Luis Cordova | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Luis Cordova                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment           ☐ Superseding Indictment       ☐ Information      ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition       ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) Forcibly assault/resist/impede/intimidate person engaged official duty

Date:   10/03/2025

_____
*Issuing officer's signature*

Thu M. Pham
WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
Chief U.S. Magistrate Judge
*Printed name and title*

City and state:   MEMPHIS, TENNESSEE

| Return |
|---|
| This warrant was received on *(date)* 10/3/25 , and the person was arrested on *(date)* 10/3/25 at *(city and state)* Memphis . |
| Date:  10/3/25 |
| _____ *Arresting officer's signature* |
| SA Patricia Donahue *Printed name and title* |