# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Cr. No. 25-CR-20252-TLP |
| LUIS CORDOVA, ) | |
| Defendant. ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Luis Cordova, FBI#: 56394TD3, now being detained in the LaSalle Detention Center, appear before Honorable Charmiane G. Claxton, November 13, 2025, at 1:30 pm for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 4th day of November, 2025.

*s/ William C. Bateman III*
**William C. Bateman III**
**Assistant U. S. Attorney**

---

Upon consideration of the foregoing Application, TYREECE MILLER, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TENNESSEE; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, WARDEN KEITH DEVILLE, LASALLE DETENTION CENTER, 830 PINEHILL ROAD, JENA LA 71342.

**YOU ARE HEREBY COMMANDED** to have Luis Cordova, FBI#: 56394TD3, appear before the Honorable Charmiane G. Claxton at the date and time aforementioned.

ENTERED this 4th day of November, 2025.

s/Tu M. Pham
**HONORABLE TU M. PHAM**
**CHIEF U. S. MAGISTRATE JUDGE**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."