**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:25-cr-20252-TLP |
| v. | ) | |
| | ) | |
| LUIS CORDOVA, | ) | |
| | ) | |
| Defendant. | ) | |

---

**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT**

---

The Government moves to dismiss the indictment here.  (ECF No. 35.)  For good cause shown, the Court **GRANTS** the motion and the Indictment in this matter is therefore **DISMISSED** without prejudice.

**SO ORDERED**, this 22nd day of May, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE